UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| H&E EQUIPMENT SERVICES, INC. | : | CIVIL ACTION NO. |
| | : | 4:09 CV 144 HTW-LRA |
| V. | : | |
| | : | EASTERN DIVISION |
| R H CONSTRUCTION LLC and | : | |
| RICHARD L. HILLHOUSE | : | |
| | : | |

## ORDER

Considering the foregoing,

**IT IS ORDERED, ADJUDGED AND DECREED** that, reserving all rights under Settlement Agreement and Release effective December 2, 2009, and retaining subject matter jurisdiction to enforce same, all claims and causes of action asserted herein be and are hereby dismissed with prejudice, with each party to bear its/his own costs and attorney fees.

Jackson, Mississippi, this the 28th day of December, 2009.

**s/ HENRY T. WINGATE**
**CHIEF UNITED STATES DISTRICT JUDGE**